# UNITED STATES DISTRICT COURT
TRIBUNAL DE PRIMERA INSTANCIA FEDERAL
# FOR THE MIDDLE DISTRICT OF TENNESSEE
PARA EL DISTRITO CENTRAL DE TENNESSEE
# NASHVILLE DIVISION
DIVISIÓN DE NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ESTADOS UNIDOS DE AMÉRICA ) | |
| ) | |
| v. ) | **No. 3:17-00150** |
| contra ) | **JUDGE TRAUGER** |
| ) | JUEZ TRAUGER |
| **MARVIN RENE TRIGUEROS** ) | |

## PETITION TO ENTER A PLEA OF GUILTY

PETICIÓN PARA REGISTRAR UNA DECLARACIÓN DE CULPABILIDAD

I, Marvin Rene Trigueros, respectfully represent to the Court as follows:

Yo, Marvin Rene Trigueros, con todo respeto hago constar ante el tribunal lo siguiente:

**1) My true full name is Marvin Rene Trigueros. I was born in 1977 and I am 40 years old. I have completed 8 years of formal education.**

(1) Mi nombre verdadero y completo es Marvin Rene Trigueros. Nací en 1977, tengo 40 años de edad y completé 8 años de estudios formales.

**(2) My lawyer is Mariah A. Wooten.**

(2) Mi abogada es Mariah A. Wooten.

**(3) I have received a copy of the Indictment before being called upon to plead and have read and discussed it with my lawyer, and believe and feel that I understand every accusation made against me in the Indictment.**

(3) He recibido una copia de la acusación formal antes de ser llamado a responder a los cargos y la he leído y discutido con mi abogada, y creo que comprendo cada acusación contra mí en la acusación formal.

**(4) I have had sufficient opportunity to discuss with my lawyer the facts and surrounding circumstances concerning the matters mentioned in the Indictment. My lawyer has counseled and advised with me as to the nature and cause of every accusation against me. We have thoroughly discussed the government's case against me and my potential defenses to the government's case. My lawyer has explained each element of the crime charged to me and what the government would offer to prove these elements beyond a reasonable doubt.**

(4) He tenido suficiente oportunidad para discutir con mi abogada los hechos y circunstancias relacionados con asuntos mencionados en la acusación formal. Mi abogada me ha aconsejado y asesorado sobre la naturaleza y la causa de cada acusación en mi contra. Hemos hablado a fondo acerca del caso del fiscal contra mí y de mis posibles defensas contra dicho enjuiciamiento. Mi abogada me ha explicado cada elemento del delito y lo que la fiscalía presentaría para demostrar estos elementos más allá de duda razonable.

**(5) I understand that the statutory penalty for the offense with which I am charged, 8 U.S.C. § 1326, is not more than 10 years imprisonment, a fine of up to $250,000, a mandatory $100 special assessment and a term of up to three years of supervised release after such term of imprisonment.**

**Pursuant to Rule 11 (b)(1)(O) of the Federal Rules of Criminal Procedure, I am advised that upon conviction of this offense, I may be removed from the United States, denied citizenship, and denied admission to the United States in the future, since I am not a citizen of the United States.**

(5) Entiendo que la pena máxima dispuesta por ley para el delito imputado, Título 8, Código Federal, sección 1326, es no más de 10 años de prisión, una multa de hasta 250,000 dólares, una contribución especial obligatoria de $100 y un período de libertad supervisada de hasta 3 años, además de dicho período de encarcelamiento.

De acuerdo con la Regla 11 (b)(1)(O) del Reglamento federal de Procedimientos Penales, se me ha informado que tras la condena por este delito, pudiera ser expulsado de los

Estados Unidos, denegarme la ciudadanía, y la admisión a los Estados Unidos en el futuro, ya que no soy ciudadano de los Estados Unidos.

(6) I have been advised that I will be sentenced to a sentence sufficient but not greater than necessary to satisfy the goals of sentencing specified in 18 U.S.C. § 3553(a). One consideration will be Guidelines established by the United States Sentencing Commission. I understand that these Guidelines are advisory, but that the Court must take account of the Guidelines together with other sentencing goals. My lawyer and I have discussed the calculation of the Guidelines in my case. My lawyer has given me an estimate of the Guidelines range that may apply in my case. I realize that this is simply my lawyer's estimate. I understand that my advisory Guideline range will be calculated by the United States Probation Officer who prepares the pre-sentence report in my case. This estimation is subject to challenge by either me or the government, unless prohibited by a plea agreement. The final Guideline calculation will be made by the Court. I further understand that I may be sentenced to a fine to be calculated through the Guidelines. No fine will be imposed if the Judge finds me unable to pay any fine. Considered in this fine may be the amount of financial loss to the victim or gain to me as well as the costs of any confinement or probation supervision. The Court may also order that restitution be made to any victim of the offense. [If I am convicted of any offense specified in 18 U.S.C. § 3663A(c), or as otherwise required by law, restitution is mandatory.] I have a right to a review of my sentence by the United States Court of Appeals for the Sixth Circuit unless waived in the plea agreement.

(6) Se me ha indicado que seré sentenciado a una condena suficiente pero no mayor de lo necesario para satisfacer los objetivos relativos a los dictados de pena especificados en el Título 18 del Código Federal, sección 3553(a). Una consideración será las Pautas establecidas por la Comisión Federal de Sentencias. Entiendo que estas Pautas son una guía, pero que la juez debe tomar en cuenta las Pautas con otros objetivos relacionados a los dictados de pena. Mi abogada y yo hemos discutido el cálculo de las Pautas en mi caso. Mi abogada me ha dado un cálculo aproximado del intervalo de la pauta que puede aplicarse a mi caso. Entiendo que esto simplemente es un cálculo aproximado hecho por mi abogada. Entiendo que el intervalo de la pauta que sirve como guía en mi caso será calculado por el agente de Libertad Condicional Federal que prepare el informe previo al dictado de la pena. Este cálculo está sujeto a impugnación de mi parte o de la fiscalía, a menos que esté prohibido por un acuerdo con la fiscalía. El cálculo final de la Pauta lo hará la juez. Además entiendo que podría ser sentenciado a una multa calculada según las Pautas. No se me impondrá una multa si la juez me considera indigente e incapaz de pagar cualquier multa. Considerada en la

multa será la cantidad de pérdida financiera sufrida por la víctima o ganancia mía, así como los costos de cualquier confinamiento o supervisión. La juez puede también ordenar restitución a cualquier víctima del delito. [Si se me condena de cualquier delito especificado en el Título 18 del Código Federal, sección 3663 A (c), o como de otra manera lo requiera la ley, la restitución es obligatoria.] Tengo derecho a que el Tribunal Federal de Apelaciones para el Sexto Circuito haga una revisión de mi condena a menos que renuncie a esto en el documento declaratorio.

**(7) I understand that I am not eligible for a sentence of probation if I receive any sentence of imprisonment or am convicted of a Class A or Class B felony, or the offense is one for which probation is expressly prohibited. I have been informed that under the present federal sentencing system there is no parole. I will receive only 54 days good time credit per year and it will not vest until the end of each year. I further understand that if I am sentenced to a period of supervised release and I violate the terms of that supervised release, upon revocation I could be imprisoned again.**

(7) Entiendo que no soy elegible para una condena de libertad condicional si recibo cualquier condena de encarcelamiento o si se me condena por un delito mayor de Clase A o B, o si el delito es uno para el cual la libertad condicional está expresamente prohibida. Se me ha notificado que en el sistema actual federal de imponer la pena, no se me podrá conceder libertad a prueba (parole) y que recibiré sólo 54 días acreditados cada año por buena conducta, los cuales no se aplicarán hasta terminarse cada año. Además entiendo que si se me condena a un período de libertad supervisada y violo las condiciones de dicha libertad supervisada, ésta podrá ser revocada y se me podrá encarcelar de nuevo.

(8) I understand that should this plea of guilty be accepted, I will be a convicted felon in the eyes of the law for the rest of my life. This means, under present law that (a) I cannot vote in Tennessee, unless my right to vote is lawfully restored, and may not be eligible to vote in other states; (b) I cannot possess a firearm anywhere; (c) If I am presently on probation, parole, or supervised release whether state or federal, the fact that I have been convicted may be used to revoke my probation, parole or supervised release regardless of what sentence I receive on this case; (d) If I am convicted of any crime in the future, whether state or federal, this conviction may be used to increase that sentence; (e) I may have to disclose the fact that I am a convicted felon when applying for employment and such disclosure may result in my not getting some jobs and having difficulty in getting others. [If I have been convicted of certain drug offenses, my conviction may result in my losing entitlement to certain federal benefits pursuant to the Anti-Drug Abuse Act of 1988.]

**I understand that this list may not include all of the adverse consequences of my conviction in this case.**

(8) Entiendo que, si se acepta esta declaración de culpabilidad, por el resto de mi vida, ante la ley, seré un delincuente condenado por delito mayor. En virtud de la ley actual, esto significa que (a) no puedo votar en Tennessee, a menos que mi derecho al voto sea legalmente restaurado, y puedo no ser elegible para votar en otros estados; (b) no puedo poseer un arma de fuego en ninguna parte; (c) si actualmente me encuentro libre bajo el régimen de libertad condicional (probation) o libertad a prueba (parole), bien sea estatal o federal, el hecho de que he sido condenado puede usarse para revocar mi libertad condicional o libertad a prueba sin considerarse la condena recibida por mí en esta causa; (d) si se me condena de cualquier delito en el futuro, ya sea estatal o federal, esta condena puede usarse para aumentar cualquier otra condena que reciba, incluyendo cadena perpetua; (e) al solicitar empleo, podría tener que revelar que soy un delincuente condenado por delito mayor y tal información pudiera impedir que obtenga ciertos empleos y crear dificultades para obtener otros. [Si se me ha condenado de ciertos delitos por drogas, mi condena puede resultar en la pérdida de mi derecho a ciertos beneficios federales conforme a la Ley contra el Uso Indebido de Drogas de 1988.] Entiendo que esta lista pudiera no incluir todas las consecuencias adversas a mi condena en este caso.

(9) I understand that I can plead "NOT GUILTY" to any or all offenses charged against me, and continue to plead "NOT GUILTY", and that if I choose to plead not guilty, the Constitution guarantees me (a) the right to a speedy and public trial by jury; (b) the right not to testify and no implication of guilt would arise by my failure to do so; (c) the right to be presumed innocent until such time, if ever, that the government proves my guilt beyond a reasonable doubt to the satisfaction of a court and jury; (d) the right to see and hear all the witnesses and to cross-examine any witness who may testify against me; (e) the right to use the power and process of the court to compel the production of any evidence, including the attendance of any witnesses, in my favor; and to testify in my own behalf if I choose to do so; (f) the right to have the assistance of counsel in my defense at all stages of the proceedings; (g) if I am convicted at such trial I have the right to appeal with a lawyer to assist me and the appeal will not cost me any money if I am indigent. I understand that if the Court accepts my plea that there will be no jury trial and that I will be convicted of the count(s) to which I plead just as if a jury found me guilty of the charge(s) following a trial. The Court may then impose sentence upon me within the limits set forth in any plea agreement stated in paragraph (13), subject to the maximum punishments set forth in paragraph (5).

(9) Entiendo que puedo declararme "NO CULPABLE" de todo o cualquier delito que se me imputa y seguir declarándome "NO CULPABLE", y que si elijo declararme no culpable, la Constitución me garantiza (a) el derecho a un juicio público sin demora ante un jurado; (b) el derecho de no testificar y ninguna implicación de culpabilidad surgiría si no testifico; (c) el derecho de que se me considere inocente hasta tal momento, si hay, en que la fiscalía demuestre mi culpabilidad más allá de duda razonable a satisfacción del juez y del jurado; (d) el derecho de ver y oír a todos los testigos y de contrainterrogar a cualquier testigo que testifique contra mí; (e) el derecho de servirme de la autoridad y poder de los mandamientos del tribunal para exigir la presentación de cualquier prueba, incluso la comparecencia de cualquier testigo, en mi favor; y de testificar yo en mi propio favor, si así elijo; (f) el derecho de tener la ayuda de un abogado para mi defensa en todas las etapas del proceso; (g) si se me condena en el juicio, tengo derecho al recurso de apelación del fallo con la ayuda de un abogado, y tal apelación no me costará nada si soy indigente. Entiendo que si el tribunal acepta mi declaración de culpabilidad no habrá un juicio ante jurado y seré condenado del cargo del que me declaro culpable como si un jurado me juzgara culpable de los cargos después de un juicio. El tribunal me podrá imponer una pena dentro de los límites estipulados en el acuerdo declaratorio mencionado en el párrafo (13) de la presente, sujetos a las penas máximas expuestas en el párrafo(5).

**(10) No officer or agent of any branch of government (federal, state or local), nor any other person, has guaranteed me what sentence I will receive. If there are any agreements between myself and my lawyer and the prosecution concerning my plea they are fully set forth in paragraph (13) below. I understand that even with a plea agreement no person can bind the Judge to give any particular sentence in my case. If the Judge rejects an agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A) or (C) I will be offered the opportunity to withdraw my guilty plea. If the Judge rejects a recommendation made pursuant to Rule 11(c)(1)(B) I have no right to withdraw my plea. I understand that if the Judge decides to make a recommendation about where I should serve any incarceration that the recommendation is not a promise or a guarantee, but only a recommendation and is not binding on the Bureau of Prisons which will make the final decision (after I am sentenced) about where I will be incarcerated.**

(10) Ningún funcionario ni agente de dependencia del gobierno alguno (federal, estatal o local), ni otra persona alguna, me ha dicho la pena que recibiré. Si existen acuerdos entre mi abogada y yo y la fiscalía con respecto a mi declaración de culpabilidad, dichos acuerdos declaratorios se exponen en su totalidad en el párrafo (13) abajo. Entiendo que aún cuando se haya celebrado un acuerdo declaratorio, ninguna

persona puede obligarle al juez a dictar una pena en particular en mi caso. Si la juez decide rechazar un acuerdo declaratorio conforme a la Regla 11(c)(1)(A) o (C) del Reglamento Federal de Procedimiento Penal, se me concederá la oportunidad de retirar mi declaración de culpabilidad. Si la juez decide rechazar un acuerdo declaratorio conforme a la Regla 11(c)(1)(B) no se me concederá la oportunidad de retirar mi declaración de culpabilidad. Entiendo que si la juez decide hacer una recomendación acerca del lugar en donde debo cumplir la pena de encarcelamiento, tal recomendación no constituye ni promesa ni garantía sino únicamente una recomendación que no es obligatoria para la Dirección de Prisiones, la cual tomará la decisión final (después que se me imponga la pena) acerca del lugar en que se me encarcelará.

**(11) My lawyer has done all the investigation and research in this case that I have asked her to do, and has reviewed with me the discovery material provided by the Government. I am satisfied with her representation at this point.**

(11) Mi abogada ha llevado a cabo todas las averiguaciones e investigación que le he pedido que hiciera, y ha revisado conmigo las pruebas que proporcionó la fiscalía. Estoy satisfecho con su representación hasta ahora.

**(12) Fully understanding my rights to plead "NOT GUILTY" and fully understanding the consequence of my plea of guilty, I wish to plead "GUILTY" and respectfully request the Court to accept my plea as follows:**

Guilty as charged in the Indictment

(12) Con pleno entendimiento de mi derecho a declararme "NO CULPABLE" y de las consecuencias de mi declaración de culpabilidad, deseo declararme "CULPABLE" y con todo respeto le ruego al tribunal que acepte mi declaración como sigue:

Culpable del cargo contenido en la acusación formal

**(13) This plea is not a result of a plea agreement between my lawyer and the prosecution under the provisions of Rule 11 of the <u>Federal Rules of Criminal Procedure</u>.**

(13) Esta declaración de culpabilidad no es el resultado de un acuerdo declaratorio entre mi abogada y la fiscalía, de acuerdo con lo dispuesto por la Regla 11 del Reglamento Federal de Procedimiento Penal.

(14) I offer my plea of "GUILTY" freely and voluntarily and of my own accord; also my lawyer has explained to me, and I feel and believe I understand this petition.

(14) Ofrezco mi declaración de "CULPABLE" libre y voluntariamente y por decisión mía; además, mi abogada me ha explicado, y creo que entiendo esta petición.

**(15) I am not under the influence of either drugs or alcohol.**

(15) No estoy bajo los efectos de drogas ni alcohol.

**(16) I request the Court to enter now my plea of "GUILTY" as set forth in paragraph (12) of this petition, in reliance upon my statements made in this petition.**

(16) Le pido al tribunal que registre ahora mi declaración de "CULPABLE" según se hace constar en el párrafo (12) de esta petición.

**(17) Recognizing that the Court may reserve acceptance of this plea pending the receipt of the pre-sentence report, I agree that the pre-sentence report may be disclosed to the United States Attorney, my counsel and myself, prior to the sentencing hearing.**

(17) Reconozco que el tribunal puede reservar la aceptación de esta declaración pendiente al recibo del informe previo al dictado de la pena, y estoy de acuerdo en que el informe se divulgue al Fiscal Federal, a mi abogada y a mí, antes de la audiencia para dictar la pena.

**Signed by me in open court under the penalties of perjury in the presence of my lawyer, on October 10, 2017.**

Firmado por mí en audiencia pública so pena de perjurio y en presencia de mi abogada el día 10 de octubre de 2017.

_/s/ Marvin Trigueros._
**MARVIN RENE TRIGUEROS**
**Defendant**
Acusado

## ACKNOWLEDGMENT OF GOVERNMENT ATTORNEY
## CONFIRMACIÓN POR EL ABOGADO DE LA FISCALÍA FEDERAL

**The maximum punishment and plea petition are stated accurately.**

La pena máxima y la petición para registrar la declaración de culpabilidad se hacen constar arriba en forma correcta.

_____
**BABASIJIBOMI A. MOORE**
**Lawyer for Government**
Abogado de la Fiscalía Federal

## CERTIFICATE OF COUNSEL
## CERTIFICADO DE ASESORÍA LEGAL

The undersigned, as lawyer and counselor for Marvin Rene Trigueros, hereby certifies as follows:

La infrascrita, siendo abogada y asesora legal de Marvin Rene Trigueros, por medio del presente certifica que:

**(1) I have read and fully explained to Marvin Rene Trigueros all the accusations against him in this case;**

(1) He leído y explicado cabalmente a Marvin Rene Trigueros todas las acusaciones en su contra en esta causa;

**(2) To the best of my knowledge and belief each statement set forth in the foregoing petition is accurate and true;**

(2) A mi leal saber y entender, cada declaración formulada en la petición que antecede es precisa y verídica;

**(3) In my opinion the plea of "GUILTY" as offered by Marvin Rene Trigueros in paragraph (12) of the foregoing petition, is voluntarily and understandingly made; and I recommend to the Court that the plea of "GUILTY" be accepted and entered as requested in paragraph (12) of the foregoing petition.**

(3) En mi opinión, la declaración de "CULPABLE" presentada por Marvin Rene Trigueros en el párrafo (12) de la petición que antecede se ha hecho voluntariamente y con pleno entendimiento; y recomiendo al tribunal que la declaración de "CULPABLE" sea admitida y registrada según pedido en el párrafo (12) de la petición que antecede.

(4) Signed by me in open court in the presence of Marvin Rene Trigueros on October 10, 2017.

(4) Firmado por mí en audiencia pública y en presencia de Marvin Rene Trigueros, el 10 de octubre de 2017.

*[signature]*
MARIAH WOOTEN
**Lawyer for the Defendant**
Abogada del Acusado

# O R D E R
## ORDEN

Good cause appearing therefore from the foregoing petition of the foregoing named defendant and the certificate of his counsel and for all proceedings heretofore had in this case, it is ORDERED that the petition be granted and the defendant's plea of "GUILTY" be accepted and entered as prayed in the petition and as recommended in the certificate of counsel.

Por lo tanto, por existir motivo suficiente en la petición que antecede presentada por el acusado antedicho, en el certificado de su abogada, y en todas las actuaciones celebradas hasta ahora en esta causa, se **ORDENA** que la petición sea concedida y la declaración de "CULPABLE" del acusado sea admitida y registrada según lo rogado en la petición y según lo recomendado en el certificado de asesoría legal.

Done in open court this 10th day of Oct., 2017.

Hecho en audiencia pública el día _____ de _____ de 2017.

ALETA A. TRAUGER
**UNITED STATES DISTRICT JUDGE**
JUEZ DEL TRIBUNAL DE PRIMERA
INSTANCIA FEDERAL